IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| ANDRE BOURGEOIS<br><br>       Plaintiff<br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>et al.<br><br>       Defendants | Case No. 1:11-cv-01796-ELH |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Andre Bourgeois, by his undersigned counsel, hereby voluntarily dismisses the above-captioned case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as Defendants have not filed either an Answer to Plaintiffs' Complaint or a motion for summary judgment.

Dated: November 21, 2011            Respectfully submitted,

                                   /s/ Benjamin H. Carney
                                   Martin E. Wolf (Bar No. 09425)
                                   Richard S. Gordon (Bar No. 06882)
                                   Benjamin H. Carney (Bar No. 27984)
                                   GORDON & WOLF, CHTD.
                                   102 W. Pennsylvania Avenue, Suite 402
                                   Towson, Maryland 21204
                                   (410) 825-2300

                                   *Attorneys for Plaintiff*