IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| ANDRE BOURGEOIS<br><br>    Plaintiff<br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>et al.<br><br>    Defendants | Case No. 1:11-cv-01796-ELH<br><br>Approved<br>ELH<br>USDJ<br>11/21/11 |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Andre Bourgeois, by his undersigned counsel, hereby voluntarily dismisses the above-captioned case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as Defendants have not filed either an Answer to Plaintiffs' Complaint or a motion for summary judgment.

Dated: November 21, 2011

Respectfully submitted,

/s/ Benjamin H. Carney
Martin E. Wolf (Bar No. 09425)
Richard S. Gordon (Bar No. 06882)
Benjamin H. Carney (Bar No. 27984)
GORDON & WOLF, CHTD.
102 W. Pennsylvania Avenue, Suite 402
Towson, Maryland 21204
(410) 825-2300

*Attorneys for Plaintiff*